IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 5:14cr00046 |
| v. ) | |
| ) | |
| CARLOS O'BRIAN RICKETTS, ) | |
| ) | By: Michael F. Urbanski |
| Defendant. ) | United States District Judge |
| ) | |

### ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on March 25, 2015, recommending that defendant's plea of guilty to Count One of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report and the findings and recommendation contained therein are hereby **ADOPTED**, defendant's plea of guilty to Count One of the Indictment and amended plea agreement is **ACCEPTED**, and the defendant is adjudged **GUILTY** of the offense charged in Count One of the Indictment.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: April 16, 2015

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge